# Exhibit 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| CE-HQ, LLC, | ) | |
| | ) | |
| | ) | Civil Action No. 4:13-cv-120 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge John A. Jarvey |
| | ) | Magistrate Judge Celeste F. Bremer |
| UPTODATE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CE-HQ'S INITIAL VALIDITY CONTENTIONS

Plaintiff, CE-HQ, Inc. ("CE-HQ") hereby submits its response to Defendant, UpToDate, Inc.'s Initial Invalidity Contentions, in accordance with the Court's patent-oriented scheduling order with respect to U.S. Patent No. 6,997,717 (the "patent-in-suit" or the "'717 patent").

CE-HQ offers these responses to UpToDate's Invalidity Contentions without prejudice to any position the parties may ultimately take as to any claim construction issues. To the extent the following responses reflect constructions of claim limitations consistent with or implicit in UpToDate's Initial Invalidity Contentions, no inference is intended nor should any be drawn that CE-HQ agrees with any claim construction implied by UpToDate's Initial Invalidity Contentions, and CE-HQ expressly reserves the right to contest such claim constructions.

CE-HQ reserves the right to revise its responses to the Initial Invalidity Contentions and any final validity contentions relating to the asserted claims, which may change depending upon the Court's claim construction and as discovery has only recently commenced.

| | | |
|---|---|---|
| | receiving a follow-up message containing a list of related granule of medical knowledge. | Petersen does not disclose "receiving a follow-up message." <br><br> Petersen does not disclose lists of "related granule[s] of medical knowledge." |
| 6 | The method of claim 5 further comprising: accessing at least one related granule medical knowledge; and | Petersen does not anticipate claim 5 for all the reasons above. Claim 6 depends on claim 5 and therefore Petersen cannot anticipate claim 6. |
| | documenting continuing medical education credits based on the at least one related granules of medical knowledge. | Petersen does not anticipate claim 5 for all the reasons above. Claim 6 depends on claim 5 and therefore Petersen cannot anticipate claim 6. There is no disclosure of "documenting continuing medical education credits based on granules of medical knowledge." |

Respectfully submitted,

_____
Jeffrey D. Harty
Jonathan L. Kennedy
Alexandria M. Christian
McKEE, VOORHEES & SEASE, P.L.C.
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721
Phone: 515-288-3667
Fax: 515-288-1338
Email: jeff.harty@ipmvs.com
Email: jonathan.kennedy@ipmvs.com
Email: alex.christian@ipmvs.com
Email: mvslit@ipmvs.com

*ATTORNEYS FOR PLAINTIFF CE-HQ, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2014, the foregoing instrument was served upon the following via:

☑ 1st Class U.S. Mail ☐ Federal Express ☐ Facsimile
☐ Hand Delivery ☑ Email (.pdf) ☐ Other _____

David W. Nelmark
Belin McCormick, P.C.
666 Walnut Street, Suite 2000
Des Moines, Iowa 50309
Tel: (515) 283-4671
Fax: (515) 558-0671
Email: dwnelmark@belinmccormick.com

Michael Florey
Ann Cathcart Chaplin
David Gerasimow
Fish & Richardson P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696
Email: florey@fr.com
Email: cathcartchaplin@fr.com
Email: gerasimow@fr.com

Gilbert Hennessey
Steven Katz
Fish & Richardson
One Marina Park Drive
Boston, MA 02210-1878
Tel: (617) 542-5070
Fax: (617) 542-8906
Email: hennessey@fr.com
Email: katz@fr.com